# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RONALD REED, | Case No. 19-CV-1792 (NEB/BRT) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| JESSE PUGH, | |
| Respondent. | |

The Court has received the November 21, 2019 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. [ECF No. 5.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 5] is ACCEPTED;

2. The Petition for Writ of Habeas Corpus [ECF No. 1] is DISMISSED WITHOUT PREJUDICE; and

3. No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  February 5, 2020                     BY THE COURT:

                                             s/Nancy E. Brasel
                                             Nancy E. Brasel
                                             United States District Judge